*In re* ROGELIO CANALES PACHECO.

*Número:* AB-2014-0407          *Resuelto:* 27 de enero de 2017

*Margarita Mercado Echegaray*, procuradora general, y *Yaizamarie Lugo Fontánez*, procuradora general auxiliar; *Manuel E. Ávila de Jesús*, director de la Oficina de Inspección de Notarías, en informe; *Rogelio Canales Pacheco, pro se.*

## RESOLUCIÓN

Examinados el Informe presentado por el Lcdo. Manuel E. Ávila de Jesús, director de la Oficina de Inspección de Notarías, el Escrito de Reacción a Informe de ODIN presentado por el Lcdo. Rogelio Canales Pacheco y el Informe de la Procuradora General, y al no haber cumplido el licenciado Canales Pacheco con nuestra Resolución de 5 de febrero de 2016, *se ordena a la Procuradora General que presente la correspondiente querella.*

*Se suspende preventivamente al licenciado Canales Pacheco del ejercicio de la notaría hasta que este Tribunal tome una determinación final sobre este asunto. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*